

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

**RECEIVED**
APR 24 2023
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

April 24, 2023

Via ECF and Email
Hon. Vincent L. Briccetti
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 4/24/23
White Plains, NY

Re: *USA v. Esteban Morales et al.*, 22 CR 485 (VB)
<u>APPLICATION BY ASSIGNED COUNSEL FOR PERMISSION TO FILE INTERIM CJA VOUCHERS</u>

Your Honor:

On November 15, 2022, I was assigned pursuant to the Criminal Justice Act to represent Defendant, Bobby Brown in the referenced matter.

Please grant me permission to file interim vouchers on the eVoucher system by endorsing this letter motion.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF