UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                                         :

v.                                       :

                                         :            S1 22 CR 485-4 (VB)

BOBBY BROWN,                             :

                    Defendant.           :

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/26

ORDER

   Daniel A. Hochheiser, Esq., is appointed as defendant's attorney pursuant to the Criminal

Justice Act in connection with the pending violation of supervised release proceeding, effective

nunc pro tunc to April 28, 2026.

Dated: May 13, 2026
   White Plains, NY

          SO ORDERED:

          Vincent L. Briccetti
          United States District Judge